**Exhibit A to the Complaint**

**Location:** Gaithersburg, MD  **IP Address:** 108.28.169.196
**Total Works Infringed:** 33  **ISP:** Verizon Fios

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | C292EE73436F8751B8EB80362F5BBD66383D9403 | 03/24/2019 15:30:07 | Blacked | 09/22/2018 | 11/01/2018 | PA0002143419 |
| 2 | 01E2D63737795C42DECBE70A01357A537DE58F3F | 11/08/2018 02:32:40 | Blacked Raw | 11/03/2018 | 12/10/2018 | PA0002145823 |
| 3 | 0337F841CFA3247F1F29D4A4D2230A831D4653FB | 03/01/2019 02:06:56 | Blacked | 02/24/2019 | 03/31/2019 | PA0002163974 |
| 4 | 09B80D279E6C6F4707C3154F4FF8962C8E1EB221 | 12/29/2018 06:52:36 | Vixen | 12/10/2018 | 01/22/2019 | PA0002149491 |
| 5 | 0BB4D8BC5B32DE0785FCD7ED45CF25BE08806B87 | 12/04/2018 00:55:19 | Vixen | 03/10/2018 | 04/17/2018 | PA0002116743 |
| 6 | 10C508F4943DAF38DE525F5DB6428368CCC46C0B | 11/28/2018 04:33:10 | Tushy | 11/21/2018 | 01/22/2019 | PA0002149838 |
| 7 | 13F39FB5BD9C230CB65950BE5F90A3C520C547BC | 10/17/2018 03:55:26 | Blacked Raw | 10/14/2018 | 11/01/2018 | PA0002143424 |
| 8 | 1698C3F45784BDFB3DE7A8D9CA5526EAC970E326 | 12/29/2018 06:55:57 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 9 | 28053CF7F0739BCDB8330945A8B7CE89C7034BA5 | 12/29/2018 06:54:51 | Vixen | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 10 | 2944FE890189699C5EED0D07DA9F64572BB14DED | 02/14/2019 01:06:50 | Blacked | 02/13/2019 | 03/11/2019 | PA0002158597 |
| 11 | 315FBC98FD8F7F4C5540B9E7A0B2C5DBF5397857 | 01/04/2019 00:41:06 | Blacked Raw | 01/02/2019 | 02/02/2019 | PA0002155379 |
| 12 | 3F1C2EC0604509E29EE888AE1376E2745E930AC0 | 10/13/2018 03:05:39 | Blacked | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 13 | 3F31920A34DA2F0CA746F80BF7B721D16EF85592 | 03/13/2019 09:09:50 | Blacked | 03/11/2019 | 03/31/2019 | PA0002163979 |
| 14 | 579D4AA8DA1D6EF40E0B8A8E0FEAF3827040BC67 | 11/29/2018 00:51:35 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 15 | 61D30E20F7DEF71FB40DCBAEFD33AE77A7C4F503 | 11/04/2018 22:55:04 | Vixen | 10/06/2018 | 11/01/2018 | PA0002141493 |
| 16 | 6C0E4AF4755F7390B3BAAA5187651D8101530F4E | 01/17/2019 04:04:03 | Blacked | 01/15/2019 | 02/02/2019 | PA0002155371 |
| 17 | 6FA4566EC402C31050150585E69956DCAAA54528 | 03/01/2019 02:08:34 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 771372AAF508645C00CA529EB97FA79AEB9D0A73 | 10/25/2018 14:47:06 | Blacked Raw | 10/24/2018 | 11/25/2018 | PA0002137640 |
| 19 | 815CE21B2D5205ED568784E2AE679CA4F4145010 | 03/02/2019 03:21:41 | Blacked | 03/01/2019 | 03/31/2019 | PA0002163976 |
| 20 | 84FEB874319728389ACFBDD9188FDBF6C57DA75C | 12/26/2018 05:27:02 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 21 | 9072D152F29FABC6371A6A4734E391D76AC3E3BD | 11/09/2018 16:03:10 | Blacked Raw | 11/08/2018 | 12/10/2018 | PA0002145833 |
| 22 | 9D1FBD18346BDD1936023445AE2B196D713CEE1C | 12/29/2018 06:52:26 | Vixen | 12/05/2018 | 12/18/2018 | PA0002141920 |
| 23 | A0E90391364126A7E404FA45243F82B77BB01EF2 | 11/28/2018 04:34:06 | Blacked | 11/26/2018 | 12/18/2018 | PA0002141922 |
| 24 | A15FC99B9F8ABCFDEFD64D9D4C54B77F20540AB7 | 03/27/2019 00:48:00 | Blacked Raw | 03/23/2019 | 04/08/2019 | PA0002164877 |
| 25 | A2AADDBA9FF254421A116F968C6A6519F2B6EC67 | 03/08/2019 02:16:32 | Blacked | 03/06/2019 | 03/31/2019 | PA0002163978 |
| 26 | A913010CC1A52DF3AC722D912B514555FDAD4B64 | 11/22/2018 11:40:53 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 27 | ACFD047DC236DE0F4EA9A6467EA2B0228A9261A2 | 01/15/2019 04:05:04 | Blacked Raw | 01/12/2019 | 02/02/2019 | PA0002155388 |
| 28 | C0D1F674E24C21DE90893C4FA000A01A0082788B | 01/09/2019 02:09:31 | Blacked Raw | 01/07/2019 | 02/02/2019 | PA0002155390 |
| 29 | CC07DA27361BB18CE071B371175D7F71F0C48572 | 11/05/2018 06:14:12 | Tushy | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 30 | D0263B78828D41B81E6499B2FD2E5E8D368D2573 | 12/22/2018 07:08:37 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |
| 31 | D90329548E4E4A42E96AC7F3EF4CDDFF8C2A56ED | 03/20/2019 23:49:30 | Blacked Raw | 03/18/2019 | 04/08/2019 | PA0002164883 |
| 32 | E0928A2FA1BD97DDF78F32C0C50699FC62269A25 | 11/15/2018 22:29:05 | Blacked | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 33 | FC30369906AF7DDC245A4182EB560E8EF19CB482 | 11/05/2018 05:35:51 | Vixen | 10/01/2018 | 11/01/2018 | PA0002143421 |